IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ANTONISE CRUZ,

    Plaintiff,

v.                                                     Civ. No. 22-604 GJF/KK

BOARD OF COUNTY COMMISSIONERS
OF THE COUNTY OF BERNALILLO,
BERNALILLO COUNTY HOUSING DEPARTMENT

    Defendant.

## ORDER AMENDING LITIGATION SCHEDULE

THIS MATTER having come before the Court upon the stipulated Motion of the parties, the Court finds that the Motion is well taken. It is therefore ORDERED, ADJUDGED AND DECREED that the October 17, 2022, Scheduling Order shall be amended as follows:

1. Defendant will have until December 9, 2022 to respond to Plaintiff's first discovery requests, and the parties may agree to further extensions.

2. Plaintiff will have until December 14, 2022 to amend her pleadings or join parties.

3. Defendant will have until January 16, 2023 to amend its pleadings or join parties.

4. Plaintiff's Rule 26(a)(2) expert disclosures will be due on January 19, 2023.

5. Defendants' Rule 26(a)(2) expert disclosures will be due on February 23, 2023.

*(signed)* KIRTAN KHALSA
KIRTAN KHALSA
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted by:

NEW MEXICO LEGAL AID, INC.

*/s/ jean philips*
Jean Philips
Attorneys for Plaintiff
P.O. Box 1475
Gallup, NM 87305
505 726 4537
jeanp@nmlegalaid.org

*/s/ Nick Autio*
Nick Autio
NM. Local Government Law, LLC
6121 Indian School Rd. NE, Suite 202
Albuquerque, NM 87110
(505) 889-0983
nick@nmlgl.com
*Attorneys for County Defendant*