## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW MEXICO

ANTONISE CRUZ,

     Plaintiff,

v.                                    Civ. No. 22-604 GJF/KK

BOARD OF COUNTY COMMISSIONERS
OF THE COUNTY OF BERNALILLO and
BERNALILLO COUNTY HOUSING
DEPARTMENT,

     Defendants.

### ORDER DISMISSING CLAIMS AGAINST ALL NAMED DEFENDANTS

THIS MATTER is before the Court on Plaintiff's Unopposed Motion to Dismiss Claims Against All Named Defendants.  ECF 45.  The Court finds the Motion to be well taken and hereby **GRANTS** it.

**IT IS THEREFORE ORDERED** that all claims by Plaintiff against Defendants Board of County Commissioners of the County of Bernalillo and Bernalillo County Housing Department are hereby **DISMISSED WITH PREJUDICE**.

**SO ORDERED.**

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE
*Presiding by Consent*